# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2393
LT Case No. 16-2018-CF-001151-A

_____

JACOB HARTLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan
Webb, Assistant Public Defender, Jacksonville, for
Appellant.

James Uthmeier, Attorney General, and Michael Shaub,
Assistant Attorney General, Tallahassee, for Appellee.

May 26, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____